RECEIVED

SEP 0 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

SEP 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **BARBARA T. BROWN** | **CIVIL ACTION NO. 05-1336** |
| **VS.** | **JUDGE DOHERTY** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that judgment is rendered in favor of Brown for benefits with an onset date of September 30, 1999.

Any judgment entered herewith will be a "final judgment" for purposes of the Equal Access to Justice Act (EAJA). See, Richard v. Sullivan, 955 F.2d 354 (5th Cir. 1992) and Shalala v. Schaefer, 509 U.S. 292 (1993).

Lafayette, Louisiana this 25 day of Sept, 2007.

**REBECCA F. DOHERTY**
UNITED STATES DISTRICT COURT